UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

### Case Number: 16-10017-CR-MARTINEZ/SNOW

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

LAWRENCE W. BLESSINGER and JANET
MEADOWS,

      Defendants.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE SNOW'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defendant Lawrence Blessinger's Motion to Suppress Evidence Obtained from Iridium Satellite Phone Communications and Supplemental Memorandum in support **[ECF Nos. 76, 92]**, which were subsequently adopted by Defendant Janet Meadows **[ECF Nos. 93, 94]**.

**THE MATTER** was referred to United States Magistrate Judge Lurana S. Snow. A Report and Recommendation **[ECF No. 120]** was filed on December 16, 2016, recommending that the Motion to Suppress Evidence Obtained from Iridium Satellite Phone Communications **[ECF No. 76]** be **denied**.

The parties were afforded the opportunity to file written objections, and the record reveals that objections were filed by Defendants' Counsel and noted by this Court **[ECF No. 122]**.[1] After a *de novo* review of the record and Magistrate Judge Snow's well-reasoned Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Lurana S. Snow's Report

---

[1] Defendant Janet Meadows's Motion to Adopt Objections to Report and Recommendation on Motion to Suppress [ECF No. 123] is **GRANTED**.

and Recommendation **[ECF No. 120]** is hereby **ADOPTED AND APPROVED** in its entirety.

Defendant Lawrence Blessinger's Motion to Suppress Evidence Obtained from Iridium Satellite Phone

Communications **[ECF No. 76]**, adopted by Defendant Janet Meadows **[ECF Nos. 93, 94]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21 day of February, 2017.

_____

JOSE E. MARTINEZ

UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel Of Record