UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**Case Number: 16-10017-CR-MARTINEZ/SNOW**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LAWRENCE W. BLESSINGER and JANET MEADOWS,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE SNOW'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defendant Lawrence Blessinger's Motion to Suppress Evidence and corresponding supplement to the same **[ECF Nos. 75, 118]**.

**THE MATTER** was referred to United States Magistrate Judge Lurana S. Snow, and accordingly, the Magistrate Judge conducted an evidentiary hearing on November 21, 2016. A Report and Recommendation **[ECF No. 119]** was filed on December 16, 2016, recommending that Defendant Lawrence Blessinger's Motion to Suppress Evidence **[ECF No. 75]** be **denied**.

The parties were afforded the opportunity to file written objections, and the record reveals that objections were filed by Defendant's Counsel and noted by this Court **[ECF No. 121]**. After a *de novo* review of the record and Magistrate Judge Snow's well-reasoned Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Lurana S. Snow's Report and Recommendation **[ECF No. 119]** is hereby **ADOPTED AND APPROVED** in its entirety.

Defendant's Motion to Suppress Evidence and corresponding supplement to the same **[ECF Nos. 75, 118]** are **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __21__ day of February, 2017.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel Of Record